**Brad R. JOHNSON; Elci Wijayan-
ingsih, Plaintiffs–Appellants,**

v.

**Abby POPE; Elizabeth Bileth; Winford
Barr; Thomas G. Walker; Jonathan
D. Carroll; United States of America,
Defendants–Appellees.**

No. 15–1992.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 25, 2016.

Decided: March 8, 2016.

Brad Johnson, Elci Wijayaningsih, Appellants Pro Se. Lee Perla, Paul Andrew Allulis, Richard Farber, United States Department of Justice, Washington, D.C., for Appellees.

Before MOTZ, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brad R. Johnson and Elci Wijayaningsih appeal the district court's order and judgment granting summary judgment to the Appellees and dismissing their 26 U.S.C. § 7422 (2012) action seeking to recover an alleged overpayment of taxes. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Johnson v. Pope*, No. 7:13–cv–00078–BO (E.D.N.C. July 31, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*